# EXHIBIT 1

| AOC-105    Doc. Code: CI | | Case No. | 15-CI-685 |
|---|---|---|---|
| Rev. 1-07 | | Court | ✓ Circuit  ☐ District |
| Page 1 of 1 | | | |
| Commonwealth of Kentucky | | County | Warren  Dw. II |
| Court of Justice   www.courts.ky.gov | CIVIL SUMMONS | | |
| CR 4.02; CR Official Form 1 | | | |

**PLAINTIFF**

Asha & Kirit Patel, Individually    and as Parents & Next    friends of A[Redacted] P[Redacted] a minor

143 Dakota Lane

Russelville            Kentucky            42276

VS.

**DEFENDANT**

Bowling Green - Warren County Primary Care Center, Inc.

d/b/a Fairview Community Health Center

615- 7th Ave

Bowling Green          Kentucky            42101

Service of Process Agent for Defendant:

Chris Keyser

615- 7th Ave.  P.O. Box 1177

Bowling Green                    Kentucky            42101

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date:  6/15 , 2 015         Brandi Duvall          Clerk

                                By: Brown          D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

                    Served by: _____

                                _____ Title

```
                                            FILED
              COMMONWEALTH OF KENTUCKY  WARREN CIR/DIST COURT
                 WARREN CIRCUIT COURT   2015 JUN 15 PM 12 56
           CIVIL ACTION NO: 15-CI-____
           DIVISION: ____
                                        BRANDI DUVALL, CLERK
                                        BY: _____ D.C.
```

ASHA AND KIRIT PATEL, Individually                            PLAINTIFFS
And As Parents and Next Friends of
A[Redacted], P[Redacted], a Minor
143 Dakota Lane
Russellville, KY 42276

## COMPLAINT

Bowling Green-Warren County Community Hospital Corporation
d/b/a The Medical Center                                      DEFENDANTS
1101 College St.
Bowling Green, KY 42101
    SERVE:    Murray A. Raines
                  English, Lucas, Priest & Owsley
                  1101 College Street
                  Bowling Green, KY 42101

Bowling Green-Warren County Primary Care Center, Inc.
d/b/a Fairview Community Health Center
615-7th Ave.
Bowling Green, KY 42101
    SERVE:    Chris Keyser
                  615-7th Avenue
                  P.O. Box 1177
                  Bowling Green, KY 42101-1177

Commonwealth Health Corporation, Inc.
d/b/a Women's Health Specialists
1101 College St.
Bowling Green, KY 42101
    SERVE:    Murray A. Raines
                  English, Lucas, Priest & Owsley
                  1101 College Street
                  Bowling Green, KY 42101

Robert C. Game, M.D.
1415 Salty Bottom Rd.
Gurley, AL 35748
    SERVE:    Kentucky Secretary of State
                  State Capitol Building,
                  Frankfort, KY 40601

\* \* \* \* \* \* \* \* \* \*

Come the Plaintiffs Asha Patel and Kirit Patel, Individually and as Parents and Next Friends of A[Redacted] P[Redacted], by counsel and for their cause of action against the Defendants, Bowling Green-Warren County Community Hospital Corporation d/b/a The Medical Center (hereinafter, "The Medical Center"), Bowling Green-Warren County Primary Care Center, Inc. d/b/a Fairview Community Health Center (hereinafter, "Fairview Community Health Center"), Commonwealth Health Corporation, Inc. d/b/a Women's Health Specialists (hereinafter "Women's Health Specialists") and Robert Game, M.D. and state as follows:

## INTRODUCTION

I.

In August 2013 and thereafter, Asha Patel and A[Redacted] P[Redacted] (her unborn child) were patients of Defendants The Medical Center, Fairview Community Health Center, Women's Health Specialists and Robert Game, M.D. and Defendants undertook to provide appropriate and reasonable medical, radiological and obstetrical care, examinations and testing of Asha Patel and Angel Patel (her unborn child).

## JURISDICTION AND PARTIES

II.

That at all times herein mentioned, Plaintiffs were residents of Logan County, Kentucky.

III.

At all times herein mentioned, Defendant Bowling Green-Warren County Community Hospital Corporation d/b/a The Medical Center with principal offices at

2

1101 College St., Bowling Green, KY 42101 is and was a corporation organized and existing under the laws of the Commonwealth of Kentucky and subject to the jurisdiction of this Court. The Medical Center is physically located at 250 Park Street, Bowling Green, KY 42101. The agent for service of process is Murray Raines, at English, Lucas, Priest & Owsley, 1101 College St., Bowling Green, KY 42102.

IV.

At all times herein mentioned, Defendant Bowling Green-Warren County Primary Care Center d/b/a Fairview Community Health Center, with principal offices at 615-7th Ave, Bowling Green, KY 42101, is and was a corporation organized and existing under the laws of the Commonwealth of Kentucky and subject to the jurisdiction of this Court. The agent for service of process is Chris Keyser, 15-7th Ave, Bowling Green, KY 42101. Fairview Community Health Center is physically located at 825 Fourth Avenue, Bowling Green, KY 42101-1720.

V.

At all times herein mentioned, Defendant Commonwealth Health Corporation, Inc. d/b/a Women's Health Specialists with principal offices at 1101 College St., Bowling Green, KY 42101 is and was a corporation organized and existing under the laws of the Commonwealth of Kentucky and subject to the jurisdiction of this Court. Women's Health Specialists is physically located at 800 Park Street, Bowling Green, KY 42101. The agent for service of process is Murray Raines, at English, Lucas, Priest & Owsley, 1101 College St., Bowling Green, KY 42101.

VI.

At all times herein mentioned, Robert C. Game, M.D., is and was a physician licensed in the Commonwealth of Kentucky. As such he is subject to the jurisdiction of this court. Dr. Game is believed to have moved to Alabama and pursuant to KRS 454.210, the Kentucky Secretary of State, State Capitol Building, Frankfort, KY 40601, is deemed to be the proper statutory entity to receive service of process.

### COUNT ONE: BREACH OF CONTRACT

VII.

Defendant The Medical Center holds itself out to the public as a provider of general medical care, including but not limited to, ultrasound and pre-natal care, through the technologists, technicians, nurses, nurse practitioners, midwives and physicians on its staff, as well its agents, servants, employees and ostensible agents.

VIII.

Defendant The Medical Center, by and through its agents, servants, employees and/or ostensible agents, undertook to provide medical care and services, including obstetrical and gynecological care to Asha Patel and A[Redacted] (her unborn child).

IX.

At all relevant times herein, there was a contract for appropriate medical services, between Defendant The Medical Center and all the Plaintiffs, said contract upon which this action is based being made and to be performed in Warren County, Kentucky.

X.

4

Defendant, The Medical Center breached its contract with the Plaintiffs by failing to accurately report to and/or inform the results of the Ultrasound of August 26, 2013 to the plaintiffs and other health care providers.

XI.

As a result of the breach of contract by the Defendant, The Medical Center, the Plaintiffs were not informed of severe medical deficiencies of the unborn child, were denied the opportunity to alter the outcome of the birth and in general have suffered general damages, including without limitation, medical expenses, pain and suffering, attorney fees, court costs and loss of earnings.

XII.

Defendant Fairview Community Health Center holds itself out to the public as a provider of general medical care, including but not limited to, ultrasound and pre-natal care, through the technologists, technicians, nurses, nurse practitioners, midwives and physicians on its staff, as well its agents, servants, employees and ostensible agents.

XIII.

Defendant Fairview Community Health Center, by and through its agents, servants, employees and/or ostensible agents, undertook to provide medical care and services, including obstetrical and gynecological care, to Asha Patel and A[Redacted] P[Redacted] (her unborn child).

XIV.

At all relevant times herein, there was a contract for appropriate medical services, between Defendant Fairview Community Health Center and all the Plaintiffs, said

contract upon which this action is based being made and to be performed in Warren County, Kentucky.

### XV.

Defendant, Fairview Community Health Center breached its contract with the Plaintiffs by failing to inform the plaintiffs and other health care providers the result of the Ultrasound of August 26, 2013.

### XVI.

As a result of the breach by the Defendant, Fairview Community Health Center, the Plaintiffs were not informed of severe medical deficiencies of the unborn child, were denied the opportunity to alter the outcome of the birth and in general have suffered general damages, including without limitation, medical expenses, pain and suffering, attorney fees, court costs and loss of earnings.

### XVII.

Defendant Women's Healthcare Specialists holds itself out to the public as a provider of general medical care, including but not limited to, ultrasound and pre-natal care, through the technologists, technicians, nurses, nurse practitioners, midwives and physicians on its staff, as well its agents, servants, employees and ostensible agents.

### XVIII.

Defendant Women's Healthcare Specialists, by and through its agents, servants, employees and/or ostensible agents, undertook to provide medical care and services, including obstetrical and gynecological care to Asha Patel and A[Redacted] P[Redacted] (her unborn child).

### XIX.

At all relevant times herein, there was a contract for appropriate medical services between Defendant Women's Healthcare Specialists and all the Plaintiffs, said contract upon which this action is based being made and to be performed in Warren County, Kentucky.

XX.

Defendant, Women's Healthcare Specialists breached its contract with the Plaintiffs by failing to accurately report and/or inform the result of the Ultrasound of August 26, 2013 to the plaintiffs and other health care providers.

XXI.

As a result of the breach by the Defendant, Women's Healthcare Specialists, the Plaintiffs were not informed of severe medical deficiencies of the unborn child, were denied the opportunity to alter the outcome of the birth and in general have suffered general damages, including without limitation, medical expenses, pain and suffering, attorney fees, court costs and loss of earnings.

XXII.

Defendant Robert C. Game, M.D., a physician licensed to practice medicine in the Commonwealth of Kentcuky, holds himself out to the public as a provider of general medical and specialized radiological care, including but not limited to, reading ultrasounds.

XXIII.

Defendant Robert C. Game, M.D. undertook to provide medical and radiological care and services to Asha Patel and A[Redacted] P[Redacted] (her unborn child).

XXIV.

At all relevant times herein, there was a contract for appropriate medical and radiological services between Defendant Robert C. Game, M.D., and all the Plaintiffs, said contract upon which this action is based being made and to be performed in Warren County, Kentucky.

XXV.

Defendant, Robert C. Game breached his contract with the Plaintiffs by failing to accurately report to and/or inform the results of the Ultrasound of August 26, 2013 to the plaintiffs and other health care providers.

XXVI.

As a result of the breach of contract by the Defendant, Robert C. Game, M.D., the Plaintiffs were not informed of severe medical deficiencies of the unborn child, were denied the opportunity to alter the outcome of the birth and in general have suffered general damages, including without limitation, medical expenses, pain and suffering, attorney fees, court costs and loss of earnings.

## COUNT TWO: NEGLIGENCE

XXVII.

Plaintiffs re-allege and incorporate by reference each and every allegation set forth in the above Paragraphs.

XXVIII.

Defendant, The Medical Center holds itself out to the public as a provider of general medical and obstetrical and gynecological care.

XXIX.

That on or about August 26, 2013, Defendant Bowling Green Medical Center, by and through its agents, servants, employees and/or ostensible agents, undertook to provide appropriate medical and obstetrical and gynecological care to Asha Patel and her unborn child, Angel Patel.

XXX.

The Defendant, Robert C. Game, M.D., a physician licensed to practice in the Commonwealth of Kentucky, holds himself out to the public as a provider of general medical and specialized radiological care including but not limited to reading ultrasounds.

XXXI.

The Defendant, Robert C. Game is/was an employee, agent, servant and/or ostensible agent of the Defendant, The Medical Center.

XXXII

That on or about August 26, 2013, Defendant Robert C. Game, M.D., undertook to provide appropriate medical and specialized radiological care to Asha Patel and her unborn child, A[Redacted] P[Redacted] at the Medical Center.

XXXIII.

That Defendant The Medical Center was negligent in its care and treatment of Asha Patel and her unborn child, A[Redacted] P[Redacted] by acts of omission and/or commission, and such negligence was a substantial factor in causing the permanent injuries of A[Redacted] P[Redacted] and bringing about the damages sustained by her.

XXXIV.

9

The Defendant, Robert C. Game, M.D., was negligent in his care and treatment of Asha Patel and her unborn child, A[Redacted] P[Redacted], by acts of omission and/or commission, and such negligence was a substantial factor in causing the permanent injuries of A[Redacted] P[Redacted] and bringing about the damages sustained by Plaintiffs.

XXXV.

Defendant Fairview Community Health Center, by and through its agents, servants, employees and/or ostensible agents, holds itself out to the public as a provider of general medical and specialized in obstetrical and gynecological care.

XXXVI.

That on or about August 22, 2013, and continuing thereafter, Defendant Fairview Community Health Center, by and through its agents, servants, employees and/or ostensible agents, undertook to provide appropriate medical, and obstetrical and gynecological care to Asha Patel and her unborn child, A[Redacted] P[Redacted].

XXXVII.

The Defendant, Fairview Community Health Center, through its agents, servants, employees and/or ostensible agents was negligent in the care and treatment of Asha Patel and her unborn child, A[Redacted] P[Redacted], by acts of omission and/or commission, and such negligence was a substantial factor in causing the permanent injuries of A[Redacted] P[Redacted] and bringing about the damages sustained by Plaintiffs.

XXXVIII.

Defendant Women's Health Specialists, by and through its agents, servants, employees and/or ostensible agents, holds itself out to the public as a provider of general medical and specialized obstetrical and gynecological care.

XXXIX.

That on or about August 22, 2013, and continuing thereafter, Defendant Women's Health Specialists, by and through its agents, servants, employees and/or ostensible agents, undertook to provide appropriate medical, and obstetrical and gynecological care to Asha Patel and her unborn child, A[Redacted] P[Redacted].

XL.

The Defendant, Women's Health Specialists, through its agents, servants, employees and/or ostensible agents was negligent in the care and treatment of Asha Patel and her unborn child, A[Redacted] P[Redacted], by acts of omission and/or commission, and such negligence was a substantial factor in causing the permanent injuries of A[Redacted] P[Redacted] and bringing about the damages sustained by Plaintiffs.

**RELIEF SOUGHT**

XLI.

That as a direct and proximate cause of the aforementioned breach of contract and negligence of the Defendants, jointly and/or severally, Plaintiffs have been caused to, suffer physical and mental pain and suffering, incur necessary medical, surgical, hospital, rehabilitative, and total care expenses, and in the future will suffer physical and mental pain and suffering and incur further medical, surgical, hospital, rehabilitative and total

11

care expenses. Further, Plaintiff A[Redacted] P[Redacted] has sustained permanent injuries to her body as a whole and her power to labor and earn money has been permanently damaged.

### XLII.

That by reason of the foregoing, Plaintiffs have been damaged in an amount in excess of any minimum dollar amount necessary to establish jurisdiction in this Court, and Plaintiffs seek an amount that is fair and reasonable for compensatory damages as shown by the evidence. In addition, Plaintiffs request that the Court assess prejudgment interest against the Defendant from the date of injury until judgment is paid.

### XLIII.

At all times mentioned in this Complaint, the Defendants, The Medical Center, Fairview Community Health Center, Women's Health Specialists and Robert C Game, M.D., were grossly negligent and acted so wantonly in careless disregard and indifference for the safety of Asha Patel and her unborn child as to warrant punitive damages being assessed against all Defendants.

**WHEREFORE,** Plaintiffs demand judgment against the Defendants Bowling Green-Warren County Community Hospital Corporation d/b/a The Medical Center, Bowling Green-Warren County Primary Care Center, Inc. d/b/a Fairview Community Health Center, Commonwealth Health Corporation, Inc. d/b/a Women's Health Specialists and Robert Game, M.D., jointly and/or severally, as follows:

1. For compensatory damages in an amount that is fair and reasonable as shown by the evidence;
2. For punitive damages in an amount that is to be determined by the jury;

3. For costs herein expended;

4. For prejudgment interest from the date of injury until paid;

5. For a trial by jury; and

6. For all further relief to which Plaintiff may appear entitled.

                                                                            Respectfully submitted,

/s/ Michael R. Hance

Michael R. Hance
Chandrika Srinivasan
Nicholas Craddock
Hance & Srinivasan, PLLC
8700 Westport Road, Suite 101
Louisville, Kentucky 40242
(502) 426-4301
(502) 562-0097 fax
mikehance@hslawky.com
*Counsel for Plaintiffs*

13