UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

ASHA PATEL, et al.                                                                                       PLAINTIFFS

v.                                       CIVIL ACTION NO. 1:15-cv-00097-JHM-HBB (e-filed)

BOWLING GREEN-WARREN COUNTY COMMUNITY
HOSPITAL CORPORATION, et al.                                                          DEFENDANTS

## **STIPULATION OF DISMISSAL**

The undersigned parties, by and through their respective counsel, submit the following stipulation of dismissal:

The United States removed this action from state court (DN 1) on behalf of the federal defendant herein, then moved to dismiss for failure to exhaust administrative remedies under the Federal Tort Claims Act.  (DN 22).  Since filing the original action in state court, Plaintiff has filed an administrative claim, which is now pending at the agency level.  Accordingly, the parties hereby agree and stipulate as follows:

(1)  This action shall be dismissed as against federal defendant Bowling Green-Warren County Primary Health Center, Inc., d/b/a Fairview Community Health Center;

(2)  This dismissal shall be without prejudice to plaintiff's right to re-file the action in this Court upon resolution of the pending administrative claim, subject to the requirements of the Federal Tort Claims Act.

Accordingly, the herein action is hereby DISMISSED, without prejudice.

*[signature: Joseph H. McKinley]*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

November 13, 2015

HAVE SEEN AND AGREED:

| | |
|---|---|
| COUNSEL FOR PLAINTIFF | JOHN E. KUHN, JR.<br>United States Attorney |
| | |
| */s/ Chandrika Srinivasan (by consent)*<br>Michael R. Hance<br>Chandrika Srinivasa<br>Hance & Srinivasan, PLLC<br>8700 Westport Road, Suite 101<br>(502) 562-5999; fax (502) 562-0097<br>Chandrika@hslawky.com | */s/ Brady Miller*<br>Brady Miller<br>Assistant U.S. Attorney<br>717 W. Broadway<br>Louisville, KY 40202<br>(502) 582-5166; fax 625-7110<br>brady.miller@usdoj.gov |

2