UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

ASHA PATEL, *et al.*                                                                                   PLAINTIFFS


v.                                CIVIL ACTION NO. 1:15-cv-0097-JHM-HBB (e-filed)

BOWLING GREEN-WARREN COUNTY
COMMUNITY HOSPITAL CORPORATION, *et al.*                            DEFENDANTS

**ORDER**

* * * * * * * * * * * * * * * *

Plaintiffs, by counsel, having filed a Motion to Remand this Action, pursuant to 28 U.S.C. 1447(c) and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that Plaintiffs' motion is GRANTED and this action is hereby REMANDED to Warren County Circuit Court.

*[signature]*

**Joseph H. McKinley, Jr., Chief Judge
United States District Court**

December 21, 2015

2

Tendered by:

\_/s/Chandrika Srinivasan\_\_\_\_\_
Michael R. Hance
Chandrika Srinivasan
Hance & Srinivasan, PLLC
8700 Westport Road, Suite 101
Louisville, Kentucky 40242
502-426-4301
*Counsel for Plaintiff*
mhance@hslawky.com
Chandrika@hslawky.com


Copies to:  Counsel of record
            Warren Circuit Court Clerk